

**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AUG 16 2019
Clerk, U.S. Bankruptcy,
Orlando Division

In re:

Lydia Lurena Hair Crayton
a/k/a Lydia H. Crayton
dba Shelf Overstocks

Case No. 6:19-bk-04397-CCJ
Chapter 13

Debtor_____/

MOTION TO VACATE, OR FOR RECONSIDERATION, OF

THE COURT'S ORDER DISMISSING DEBTORS CHAPTER 13
AND FILING FEE RECOVERY FROM TRUSTEE

COME NOW, Debtor, Lidia Crayton dba Shelf Overstocks ("Ms. Crayton" or "Debtor"), who respectfully files **Motion to Vacate, or for Reconsideration, of the Court's Order Dismissing the Debtor's Chapter 13**, and for which Debtor shows this Honorable Court the following:

THE ORDER DISMISSING CASE

The Court's Order held that Debtor had been given until August 01, 2019 to correct deficiencies in the items indicated:

Filing fee not paid.  Debtor has attached as Exhibit A proof of correction prior to the Dismissal. The fee was paid on 07/22/2019, and cleared on 07/29/2019. Debtor does not know why this was not shown to the Judge prior to Dismissal.

The last day that Debtor could file the remaining deficiencies, by August 1, 2019,

clocks showed two (2) minutes, and when she got to the filing desk, it was closed. There had been two (2) security guards there when Debtor got there on 08/01/2019. The following day, one (1) of the two (2) Security Guards, was the same from the day before, and he mentioned having been there the day before. Debtor had come back to file her documents, and learned her Bankruptcy had been dismissed.

The Court's Order showed that Debtor had fourteen (14) days from date of entry of the Order to file a Motion for Reconsideration of the Order Dismissing the Case. The Order shows that the automatic stay "shall remain in full force and effect until the Court rules on the motion" should Debtor be able to make the deadline.

Debtor apologizes to the Court for not getting the documents filed by August 01, 2019, she tried her best to get here before the Court closed, and according to the Clocks, she was. It may have taken the whole two (2) minutes to get to the filing desk, Debtor did think it should have. Debtor is grateful that the Court has provided time for Debtor to file this Motion, and that the Court has had the stay remain in full force and effect. Debtor has corrected all deficiencies and is filing them along with this Motion.

Debtor, in the future will do her very best to keep up with the Court's timelines, and will make sure that any deficiencies are taken care of in a timely manner. Debtor tried to keep up with everything before, but she will make sure to be timely in the future, and should something come up that prevents Debtor from being timely, she will alert the Court to the problem and request an extension prior to becoming untimely.

## CONCLUSION

Debtor, who had paid the fees prior to the dismissal, and having corrected the remaining deficiencies and filed them along with this Motion, moves the Court to vacate its Order and allow this case to move forward. Debtor again, apologizes to the Court, and assures this Court that she did not file this case for any bad faith reasons.

Debtor moves the Court to Vacate and Set Aside or to Reconsider the Dismissal in Debtor's favor.

Respectfully submitted, this 16th day of August, 2019,

Lydia H. Crayton
706 Gentry Court
Gotha, FL 34734
(407) 758-4644

*[handwritten annotations: "ALL RIGHTS RESERVED", "ALL RIGHTS RESERVED WITHOUT RECOURSE"]*



Exhibit A - Proof of Fee Payment - Page - 01